Petition for Writ of Mandamus Denied and Memorandum Opinion filed
December 30, 2003










Petition for
Writ of Mandamus Denied and Memorandum Opinion filed December 30, 2003.

 

 

In The

 

Fourteenth Court
of Appeals

____________

 

NO. 14-03-00861-CV

____________

 

IN RE JOHN (BIJAN) K. MENNER AMINI, Relator

 

 

__________________________________________

 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

__________________________________________

 

M E M O R A
N D U M   O P I N I O N

            On August 4, 2003, relator filed a
petition for writ of mandamus in this Court, complaining about the trial
court’s denial of his motion to compel arbitration.  See Tex. Gov’t. Code Ann. § 22.221 (Vernon Supp. 2003); see also Tex. R. App. P. 52.

            We deny relator’s petition for writ
of mandamus. 

 

                                                                                    PER
CURIAM

 

Petition
Denied and Memorandum Opinion filed December 30, 2003.

Panel consists of Justices
Edelman, Frost, and Guzman.